IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:19-CV-433-FL

| | | |
|---|---|---|
| CHRISTOPHER DOLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JORDAN KINDRED, Officer, Riverside Regional Jail Authority, CORIZON HEALTH; WELLPATH; RIVERSIDE REGIONAL JAIL AUTHORITY; CHARLENE JONES Lieutenant, Riverside Regional Jail; DAWN FLIPPIN Major, Riverside Regional Jail; KAREN CRAIG Former Acting Superintendent, Riverside Regional Jail; WALTER MINTON Deputy Superintendent, Riverside Regional Jail; JEFFERY NEWTON Retired Superintendent, Riverside Regional Jail; DEVIN HOLLAND Sergeant, Riverside Regional Jail; PAMALA GILLEY Director Of Mental Health, Wellpath; ERICA GORDON Director Of Nursing, Wellpath; SHANTA BROWN Sergeant, Riverside Regional Jail, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the Memorandum and Recommendation (M&R) of United States Magistrate Judge Robert B. Jones, Jr., regarding plaintiff's motion to proceed in forma pauperis and frivolity review of plaintiff's complaint. Plaintiff has filed response to M&R stating he has no objection to the M&R and agrees with the recommendations made. In addition,

1

plaintiff has filed a motion for leave to file and receive electronic documents (DE 8). Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own. This matter is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. The clerk is DIRECTED to close this case.

With respect to the remaining motion, where plaintiff already receives notices of filings electronically, that portion of plaintiff's motion (DE 8) is DENIED AS MOOT. Insofar as plaintiff seeks to file documents electronically in this case, the motion is DENIED, where the case now is closed, and where plaintiff has not demonstrated he has met the requirements under the court's local rules for filing documents electronically.

SO ORDERED, this the 15th day of November, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge