UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DOLIN,  )<br>        Plaintiff,  )<br>          )<br>v.  )<br>          )<br>JORDAN KINDRED, *Jail Security Officer*  )<br>*Riverside Regional Jail,* CORIZON  )<br>HEALTH, WELLPATH, RIVERSIDE  )<br>REGIONAL JAIL AUTHORITY,  )<br>CHARLENE JONES, *Lieutenant,*  *)*<br>*Riverside Regional Jail,* DAWN FLIPPIN,  )<br>*Major, Riverside Regional Jail,* KAREN  )<br>CRAIG, *Former Acting Superintendent,*  )<br>*Riverside Regional Jail,* WALTER  )<br>MINTON, *Deputy Superintendent, Riverside*)<br>*Regional Jail,* JEFFERY NEWTON,  )<br>*Retired Superintendent, Riverside Regional*  )<br>*Jail,* DEVIN HOLLAND, *Sergeant,*  )<br>*Riverside Regional Jail,* PAMALA GRAY,  )<br>*Director of Mental Health, Wellpath,*  )<br>ERICA GORDON, *Director of Nuring,*  )<br>*Wellpath,* SHANTA BROWN, *Sergeant,*  )<br>*Riverside Regional Jail*  )<br>        Defendants.  ) | **JUDGMENT**<br>5:19-CV-433-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 15, 2019, and for the reasons set forth more specifically therein, that this action is dismissed WITHOUT PREJUDICE.

**This Judgment Filed and Entered on November 15, 2019, and Copies To:**
Christopher Dolin (via U.S. Mail) 1718 River Rock Drive, Chester, VA 23836

November 15, 2019        PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk